PROB 12C
(6/16)

Report Date: June 24, 2016

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2016

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Mark Carroll Perry                Case Number: 0980 2:08CR00189-RMP-1

Address of Offender:                Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 17, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 100 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | May 16, 2016 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: | May 15, 2021 |

**PETITIONING THE COURT**

To ISSUE A WARRANT and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 2, 2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence:** On June 20, 2016, Mr. Perry reported to U.S. Probation as required after his release from custody at the Benton County Jail on June 17, 2016. The undersigned officer was unavailable for contact at that time. |
| | On June 18, 2016, the undersigned officer attempted to contact Mr. Perry via telephone to provide him instruction related to his supervised release. Since June 18, 2016, the undersigned officer has left numerous voice mails for Mr. Perry directing him to report to U.S. Probation and to contact the undersigned officer as soon as possible. These calls and voice mails have gone without response by Mr. Perry. Additionally, on June 22, 2016, the undersigned officer was able to contact his friend and sponsor who indicated that Mr. Perry has continued to reside at her address and that she would notify him of his requirement to contact the undersigned officer as soon as possible. |

On June 23, 2016, after again not hearing from Mr. Perry, the undersigned officer contacted the sponsor in this case who indicated that she had notified Mr. Perry of the request and was unsure of why he had not contacted the undersigned officer. As of the date of this report, the U.S. Probation Office has not received any contact from Mr. Perry since his report to U.S. Probation on June 20, 2016.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the offender to appear to answer to the allegations contained in this petition and all previous petitions before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

SUMMONS WILL BE SET BEFORE THE HONORABLE ROSANNA MALOUF PETERSON.

Signature of Judicial Officer

6/24/2016

Date