PROB 12C
(6/16)

Report Date: June 30, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Carroll Perry                Case Number: 0980 2:08CR00189-RMP-1

Address of Offender: Homeless Spokane, Washington

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 17, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 100 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 16, 2016 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: May 15, 2021 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2016 and 06/24/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On June 29, 2016, the undersigned officer placed a call to Mr. Perry to again attempt contact with him, as he had not reported to or contacted the U.S. Probation Office since his report on June 20, 2016. Mr. Perry answered and indicated that he was struggling. The undersigned officer asked Mr. Perry if he had used, and he indicated that he had "a couple times" and further specified that he had used "meth." Mr. Perry released from the Benton County Jail on June 17, 2016. |
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Prob12C
Re: Perry, Mark Carroll
June 30, 2016
Page 2

**Supporting Evidence**: On June 29, 2016, the undersigned officer placed a call to Mr. Perry to again attempt contact with Mr. Perry, as he had not reported to or contacted the U.S. Probation Office since June 20, 2016. Mr. Perry answered and indicated that he was struggling. The undersigned officer questioned Mr. Perry on a current residence and he indicated that he was not living at any one residence. Mr. Perry indicated that he did still have some property left at his previous residence located on 55th Avenue in Spokane, Washington, but that he was not staying there. It should be noted that the undersigned officer had previously informed Mr. Perry that he needed to provide an address for contact to U.S. Probation any time he spent the night away from his primary residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 30, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[x]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/1/2016
Date