PROB 12C
(6/16)

Report Date:  August 24, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 24, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Mark Carroll Perry                    Case Number: 0980 2:08CR00189-RMP-1

Address of Offender: Homeless Spokane, Washington

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 17, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 100 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 16, 2016 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: May 15, 2021 |

## PETITIONING THE COURT

        **To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2016, 06/24/2016, and 06/30/2016, and to REQUEST A WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

6          **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**Supporting Evidence**: On August 24, 2016, Mark Perry violated his supervised release by failing to report to the probation office after release from custody. On August 23, 2016, as a routine practice, and in anticipation of Mr. Perry's upcoming revocation hearing scheduled before Your Honor, the undersigned officer attempted to verify the physical location of Mr. Perry. Further research indicated that both the Spokane County Jail and the Benton County Jail showed the status of Mr. Perry as "transferred." The United States Marshals Service and the Washington State Department of Corrections (DOC) were contacted in regard to the state of Mr. Perry, and the undersigned officer learned that while being held at the Spokane County Jail, Mr. Perry was released from his federal hold and transferred to the Benton County Jail to allow for the Washington State DOC to address their alleged violation behavior with the offender. After adjudication of these matters, Mr. Perry was then released from the Benton County Jail on August 22, 2016.

Prob12C
**Re: Perry, Mark Carroll**
**August 24, 2016**
**Page 2**

7          **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On August 24, 2016, Mark Perry violated his supervised release by not providing the U.S. Probation Office in Spokane with notification of his current address. According to the Washington State DOC, Mr. Mark Perry released from the Benton County Jail on August 22, 2016, and has yet to report to or contact the U.S. Probation Office. Mr. Perry's current living arrangements or location are currently unknown by the U.S. Probation Office, or the Washington State DOC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 24, 2016
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

8/24/2016
_____
Date