PROB 12C  
(6/16)

Report Date: September 25, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Carroll Perry      Case Number: 0980 2:08CR00189-RMP-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 17, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 100 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 6, 2016) | Prison - 8 months; TSR - 52 months | |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: April 21, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 20, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/22/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On April 26, 2017, Mr. Mark Perry signed his conditions of supervision relative to case number 2:08CR00189-RMP-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Perry was made aware by the U.S. probation officer that he must refrain from committing another federal, state, or local crime.

Mr. Perry is alleged to have violated standard condition number 1 by being arrested by the Spokane County Sheriff's Office on September 20, 2017, for charges, which according to the charging request received by U.S. Probation include: Attempted Murder in the 2nd Degree, in violation of R.C.W. 9A.32.050, a Class A Felony, Attempt to Elude Pursuing Police Vehicle, in violation of R.C.W. 46.61.024, a Class C Felony, Unlawful Possession

Prob12C
**Re: Perry, Mark Carroll**
**September 25, 2017**
**Page 2**

of Firearms in violation of R.C.W. 9.41.040, a Class B Felony, and Possession of a Controlled Substance, in violation of RCW 69.50.4013, a Class C Felony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 25, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/25/2017
Date